AO 442 (Rev. 11/11) Arrest Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

United States of America
v.

SAMUEL JOYNER
aka, FamousCracker,
aka, FamousHater, aka, Famousa., aka, KingJames,

*Defendant*

Case No.  3:21-cr-00162-SI

FILED 28 MAY '21 09:44USDC-ORP

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Samuel Joyner ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy

Trafficking and Use of Unauthorized Access Devices

Possession of Fifteen or More Unauthorized Access Devices

Date: 05/11/2021

s/P. Scheneman
*Issuing officer's signature*

City and State: Portland, Oregon

P. Scheneman, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE  5/12/21
ARRESTED BY  FBI
U.S. MARSHAL
BY  [signature]

*Arresting officer's signature*

*Printed name and title*