SCOTT ERIK ASPHAUG, OSB #833674
Acting United States Attorney
District of Oregon
**QUINN P. HARRINGTON, OSB #083544**
Quinn.Harrington@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1169
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00162-SI |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| SAMUEL ROBERT JOYNER, | |
| **Defendant.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

One silver Macbook Air laptop, serial number C02JQEGYDRVC; and

One gray Macbook Pro laptop, serial number C02TQ04QGTF1.

DATED: June 2, 2021.

Respectfully submitted,

SCOTT ERIK ASPHAUG
Acting United States Attorney

*/s/ Quinn P. Harrington*
QUINN P. HARRINGTON, OSB#083544
Assistant United States Attorney